FILED
06 SEP -8 PM 1:36
BY: DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. ERIC DEMATTEIS, Defendant. | Crim. Case No. 06-CR-0512-LAB<br><br>STIPULATION AND ORDER |

COMES NOW the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Carol C. Lam. United States Attorney, and Sherri Walker Hobson, Assistant United States Attorney, and defendant Eric DeMatteis, and through his counsel, Scott Savary, request this Court to continue the sentencing hearing from September 11, 2006, at 9:30 a.m. to November 27, 2006, at 9:30 a.m. so that the defendant can obtain the full benefits of the plea agreement.

SO STIPULATED.

CAROL C. LAM
United States Attorney

SHERRI WALKER HOBSON
Asst. U.S. Attorney

DATED: 9-7-06

SCOTT SAVARY
Defense Attorney for
Eric DeMatteis

FILED
06 SEP -8 AM 8:36
DEPUTY

ORDER

IT IS HEREBY ORDERED that the sentencing hearing date in the above-referenced case be continued from September 11, 2006, at 9:30 a.m. to November 27, 2006 at 9:30 a.m.

DATED: 9-7-06.

HONORABLE LARRY A. BURNS
UNITED STATES DISTRICT COURT

United States v. Eric DeMatteis
06CR0511LAB